UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES DISTRICT COURT,

       Plaintiff,

v.

SADARIAN DAPLAYER PETERSON,

       Defendant.
_____/

Case No. 17-cr-20270
Hon. Matthew F. Leitman

## ORDER DENYING AMENDED MOTION FOR RECONSIDERATION (ECF #8)

On April 19, 2017, United States Magistrate Judge Mona K. Majzoub entered an order detaining Defendant Sadarian Daplayer Peterson ("Defendant") pending trial. (*See* ECF #6). On April 24, 2017, counsel for Defendant filed a motion for reconsideration of the detention order (the "Motion"). (*See* ECF #8). The Court held a hearing on the Motion on April 27, 2017. For the reasons stated on the record at the hearing, **IT IS HEREBY ORDERED** that the Motion is **DENIED**.

                            s/Matthew F. Leitman
                            MATTHEW F. LEITMAN
                            UNITED STATES DISTRICT JUDGE

Dated: April 28, 2017

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 28, 2017, by electronic means and/or ordinary mail.

                                            s/Holly A. Monda
                                            Case Manager
                                            (313) 234-5113